JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY KASPARIAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA; THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendants. | Case No. 2:18-CV-07024 JFW (PJWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HEREBY ORDERED that above-referenced action shall be dismissed in its entirety with prejudice as to all parties, including previously dismissed party, The Guardian Life Insurance Company of America. The parties are to bear their own respective attorneys' fees and costs.

DATED: February 14, 2019　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4813-9625-6903 v1
05028-0063

- 1 -

CASE NO. 2: 18-CV-07204 JFW (PJWx)
ORDER RE STIP FOR DISMISS W/PREJ OF ENTIRE
ACTION AGAINST ALL PARTIES